1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9                           WESTERN DIVISION
10

| | | |
|---|---|---|
| REGINALD L. RAUSSE, | ) | No. CV 06-03628-PA (VBK) |
| | ) | |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| DERRICK OLLISON, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS |
| Respondent. | ) | |

   Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition to the Motion to Dismiss, Respondent's Reply to Petitioner's Opposition, Stipulation, Petitioner's Brief, Respondent's Supplemental Reply, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//
//
//
//
//

1  **IT IS ORDERED** that: (1) the Court accepts and adopts the Report
2  and Recommendation, (2) Respondent's Motion to Dismiss is granted; and
3  (3) Judgment be entered denying and dismissing the Petition with
4  prejudice.
5  DATED: October 1, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2