UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| REGINALD L. RAUSSE, | ) | No. CV 06-03628-PA (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRICK OLLISON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: October 1, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE